1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  JULIE A. ARBUCKLE (CSBN 193425)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7102
7      Facsimile: (415) 436-7234

8  Attorneys for the United States of America

9
                      UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN FRANCISCO DIVISION
12
   UNITED STATES OF AMERICA,          )   No. 3 07 70011 JL
13                                    )
              Plaintiff,              )   STIPULATION AND [PROPOSED]
14                                    )   ORDER EXCLUDING TIME
         v.                           )
15                                    )
   VERNON WHITE,                      )
16                                    )
              Defendant.              )
17 _____)

18

19

20     On February 6, 2007, the parties in this case appeared before the Court and stipulated that
21 time should be excluded from the calculations under the Speedy Trial Act, Federal Rule of
22 Criminal Procedure 5.1, and 18 U.S.C. §3142(f)(2)(B) from February 6, 2007 to February 20,
23 2007 for effective preparation of counsel, in that defense counsel required additional time to
24 obtain and review information relevant to the government's motion for detention of defendant.
25 The parties represented that there is good cause for granting the continuance, and that it was the
26 reasonable time necessary for effective preparation of defense counsel, taking into account the
27 exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the
28 ends of justice served by granting such a continuance outweighed the best interests of the public

1 and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

2 SO STIPULATED:

4                               KEVIN V. RYAN
                              United States Attorney

6 DATED: February 6, 2007                 /s/
                                                  JULIE A. ARBUCKLE
7                               Assistant United States Attorney

8
9 DATED: February 7, 2007                 /s/
                              STEVEN KALAR
                              Attorney for Defendant Vernon White

12 As the Court found on February 6, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the calculations under the Speedy Trial Act, Federal Rule of Criminal Procedure 5.1, and 18 U.S.C. §3142(f)(2)(B) from Febaury 6, 2007 to February 20, 2007 for good cause and the effective preparation of defense counsel. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: 2-9-07

Maria-Elena James
United States Magistrate Judge