```
 1  SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
 2
    MARK L. KROTOSKI (CABN 138549)
 3  Chief, Criminal Division

 4  JULIE A. ARBUCKLE (CABN 193425)
    Assistant United States Attorneys
 5
        450 Golden Gate Avenue, Box 36055
 6      San Francisco, California 94102
        Telephone: (415) 436-7102
 7      Facsimile: (415) 436-7234
        E-mail: julie.arbuckle@usdoj.gov
 8
    Attorneys for the United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. 3 07 70011 JL |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME |
| v. | ) | |
| VERNON WHITE, | ) | |
| Defendant. | ) | |

On March 15, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the calculations under the Speedy Trial Act, Federal Rule of Criminal Procedure 5.1, and 18 U.S.C. §3142(f)(2)(B) from March 15, 2007 to April 10, 2007 for effective preparation of counsel. The parties represented that there is good cause for granting the continuance, and that it was the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

Stipulation and [~~Proposed~~] Order Excluding Time - 3 07 70011 JL          1

1 SO STIPULATED:

                                            SCOTT N. SCHOOLS
                                            United States Attorney

DATED: March 16, 2007              _____/s/_____
                                            JULIE A. ARBUCKLE
                                            Assistant United States Attorney

DATED: March 20, 2007              _____/s/_____
                                            STEVEN KALAR
                                            Attorney for Defendant Vernon White

    As the Court found on March 15, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the calculations under the Speedy Trial Act, Federal Rule of Criminal Procedure 5.1, and 18 U.S.C. §3142(f)(2)(B) from March 15, 2007 to April 10, 2007 for good cause and the effective preparation of counsel. See 18 U.S.C. §3161(h)(8)(A). The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: 03/23/07                                   _____
                                           Joseph C. Spero
                                           United States