SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

JULIE A. ARBUCKLE (CABN 193425)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7102
    Facsimile: (415) 436-7234
    E-mail: julie.arbuckle@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 07-0207 MMC |
|     Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME |
|     v. ) | |
| VERNON WHITE, ) | |
|     Defendant. ) | |

On April 10, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the calculations under the Speedy Trial Act from April 10, 2007 to April 18, 2007 for effective preparation of counsel. The parties represented that there is good cause for granting the continuance, and that it was the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

1  SO STIPULATED:

2                                               SCOTT N. SCHOOLS
                                                United States Attorney
3

4  DATED: April 11, 2007              _____/s/_____
                                                JULIE A. ARBUCKLE
5                                               Assistant United States Attorney

6
   DATED: April 11, 2007              _____/s/_____
7                                               STEVEN KALAR
                                                Attorney for Defendant Vernon White
8

9

10     As the Court found on April 10, 2007, and for the reasons stated above, the Court finds that

11 the ends of justice served by the continuance outweigh the best interests of the public and the

12 defendant in a speedy trial and that time should be excluded from the calculations under the

13 Speedy Trial Act from April 10, 2007 to April 18, 2007 for good cause and the effective

14 preparation of counsel.  See 18 U.S.C. §3161(h)(8)(A).  The failure to grant the requested

15 continuance would deny counsel reasonable time necessary for effective preparation, taking into

16 account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C.

17 §3161(h)(8)(B)(iv).

18

19 SO ORDERED.

20

21 DATED:_ April 16, 2007 _           _____
                                                Elizabeth
22                                              United St[amp: IT IS SO ORDERED / Elizabeth D. Laporte / Judge Elizabeth D. Laporte]

Stipulation and [~~Proposed~~] Order Excluding Time - CR No. 07-0207 MMC                    2