Dated: June 15, 2007

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  ERIKA R. FRICK (CSBN 208150)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-6973
7       Facsimile: (415) 436-7234
        erika.frick@usdoj.gov
8
   Attorneys for Plaintiff
9

*IT IS SO ORDERED*
*Judge Maxine M. Chesney*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0207 MMC |
| Plaintiff, ) | |
| v. ) | NOTICE OF SUBSTITUTION |
| VERNON WHITE, ) | |
| Defendant. ) | |

TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearance of Erika R. Frick, Assistant United States Attorney, and to withdraw the appearance of Julie Arbuckle, the Assistant United States Attorney who was formerly assigned to represent the United States of America. The Clerk is requested to change the docket sheet and other Court records so as to reflect that all Orders and communications from the Court will in the future be directed to AUSA Erika R. Frick at the above mailing address, telephone number, facsimile

CR 07-0207 MMC
NOTICE OF SUBSTITUTION                 1

1  number and e-mail address.
2       Please also take notice that, from the date of this request, service on the United States of
3  America should be made on Ms. Frick only.  Please amend your service lists accordingly.  While
4  Mark L. Krotoski, Chief of the Criminal Division, and Scott N. Schools, United States Attorney,
5  will appear on the pleadings with Ms. Frick, no service need be made on them.
6
7  DATED:  June 15, 2007                    Respectfully submitted,
8                                           SCOTT N. SCHOOLS
                                            United States Attorney
9
10
                                            _____/s/_____
11                                          ERIKA R. FRICK
                                            Assistant United States Attorney
12

CR 07-0207 MMC
NOTICE OF SUBSTITUTION                  2