SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

DOUG SPRAGUE (CASBN 202121)
Acting Chief, Criminal Division

ERIKA R. FRICK (CSBN 208150)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6973
Facsimile: (415) 436-7234
Email:  erika.frick@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0207 MMC |
| Plaintiff, ) | |
| ) | ORDER AND STIPULATION |
| v. ) | EXCLUDING TIME FROM JULY 11, 2007 TO AUGUST 1, 2007 FROM THE |
| ) | SPEEDY TRIAL ACT CALCULATION |
| VERNON WHITE, ) | (18 U.S.C. § 3161(h)(8)(A) & (B)(iv)) |
| Defendant. ) | |
| ) | |

   The parties appeared before the Court on July 11, 2007.  With the agreement of the parties, and with the consent of the defendant, the Court enters this order (1) scheduling a change of plea and sentencing date on August 1, 2007, before your Honor; and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), from July 11, 2007 to August 1, 2007.  The parties agreed, and the Court found and held, as follows:

   1.  The parties agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny both government and defense counsel

STIPULATION AND [PROPOSED] ORDER
CR 07-0207 MMC

reasonable time necessary for effective case preparation because the parties are still engaged in discovery, case discussions, and plea negotiations.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from July 11, 2007 to August 1, 2007 outweighed the best interest of the public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from July 11, 2007 to August 1, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

4. The Court scheduled a change of plea and sentencing hearing on August 1, 2007, at 2:30 p.m.

IT IS SO STIPULATED.

DATED: July 30, 2007                     _____/s/_____
                                          ERIKA R. FRICK
                                          Assistant United States Attorney


DATED: July 30, 2007                     _____/s/_____
                                          STEVEN KALAR
                                          Attorney for Vernon White


### ORDER

With the agreement of the parties, and with the consent of the defendant, the Court enters this order (1) scheduling a change of plea and sentencing on August 1, 2007, before the Honorable Maxine M. Chesney; and (2) documenting the exclusion of time from July 11, 2007 to August 1, 2007, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**IT IS SO ORDERED.**

DATED: July 31, 2007                     _____
                                          THE HON. MAXINE M. CHESNEY
                                          United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 07-0207 MMC                                            2